IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON O. GARDINER et al,<br><br>    Plaintiffs,<br><br>v.<br><br>WESTGATE RESORTS et al,<br><br>    Defendants. | CIVIL ACTION<br>NO. 16-5090 |

# **ORDER**

**AND NOW**, this 5th day of May 2017, upon consideration of Defendants' Motion for Attorneys' Fees (Doc. No. 12), Plaintiffs' Response in Opposition to the Motion (Doc. No. 13), and in accordance with the Opinion issued this day, it is **ORDERED** that the Motion (Doc. No. 12) is **DENIED**. This case shall remain closed for statistical purposes.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.